No. 96–1097. CONSTRUCTION LABORERS PENSION TRUST FOR SOUTHERN CALIFORNIA ET AL. *v.* CANSECO ET AL. C. A. 9th Cir. Certiorari denied.

No. 96–1103. MISSOURI PACIFIC RAILROAD CO., DBA UNION PACIFIC RAILROAD CO. *v.* JOHNSON ET UX., AS REPRESENTATIVES OF THE ESTATE OF JOHNSON, DECEASED. Ct. App. Okla. Certiorari denied.

No. 96–1105. GUICE ET AL. *v.* CHARLES SCHWAB & CO., INC., ET AL. Ct. App. N. Y. Certiorari denied.

No. 96–1106. KUHN *v.* PENNSYLVANIA DEPARTMENT OF TRANSPORTATION, BUREAU OF DRIVER LICENSING. Commw. Ct. Pa. Certiorari denied.

No. 96–1110. SCHROERING *v.* COURIER-JOURNAL & LOUISVILLE TIMES CO. Ct. App. Ky. Certiorari denied.

No. 96–1111. CITY AND COUNTY OF SAN FRANCISCO ET AL. *v.* CARPENTER ET AL. C. A. 9th Cir. Certiorari denied.

No. 96–1115. VERGARA *v.* KENTUCKY. Ct. App. Ky. Certiorari denied.

No. 96–1117. UNITED MINE WORKERS OF AMERICA 1992 BENEFIT PLAN ET AL. *v.* LECKIE SMOKELESS COAL CO. ET AL. C. A. 4th Cir. Certiorari denied.

No. 96–1121. BRYAN *v.* EAST STROUDSBURG UNIVERSITY. C. A. 3d Cir. Certiorari denied.

No. 96–1122. HARTMAN ET AL. *v.* NORTHERN SERVICES, INC., NKA HEALTH SERVICES MANAGEMENT, INC., ET AL. Ct. App. Minn. Certiorari denied.

No. 96–1123. MCCLAIN *v.* RHO ET AL. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 96–1124. SMITH ET UX. *v.* ROMAN ET AL. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 96–1125. IN RE BROADBELT, JUDGE, MUNICIPAL COURT OF NEW JERSEY. Sup. Ct. N. J. Certiorari denied.